UNITED STATES of America,
Plaintiff–Appellee

v.

Pedro GONZALEZ–FRANCISCO,
Defendant–Appellant.

No. 14–40456
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 1, 2016.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Lydia J. Lizarribar–Masini, Esq., Lizarribar–Masini Law Office, San Juan, PR, for Defendant–Appellant.

Pedro Gonzalez–Francisco, Pecos, TX, pro se.

Before WIENER, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Pedro Gonzalez–Francisco has moved for leave to withdraw and has filed a brief and a supplemental brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Gonzalez–Francisco has filed a response. We have reviewed counsel's briefs and the relevant portions of the

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

record reflected therein, as well as Gonzalez–Francisco's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Gonzalez–Francisco's motion for the appointment of new counsel is DENIED. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir.1998).

the limited circumstances set forth in 5TH CIR. R. 47.5.4.